IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AVA WILLIAMS,<br><br>        *Plaintiff*,<br><br>   v.<br><br>MEGAN J. BRENNAN, POSTMASTERS GENERAL, UNITED STATES POSTAL SERVICE,[1]<br><br>        *Defendant*. | CIVIL ACTION<br>NO. 15-00528 |

**ORDER**

**AND NOW**, this 6th day of May, 2016, upon consideration of Defendant's Motion to Dismiss (ECF No. 4), Plaintiff Ava Williams's ("Williams") Response (ECF No. 20) and Defendant's Reply (ECF No. 22), it is hereby **ORDERED** that the motion is **GRANTED**. Williams's Complaint (ECF No. 1) is **DISMISSED** with prejudice.

The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] Megan J. Brennan is the current Postmaster General of the United States Postal Service. Patrick R. Donahoe was the Postmaster General at the time Ava Williams filed her complaint. (Def.'s Mot. to Dismiss at 2 n.1, ECF No. 4.)

1